HEINZE v. PATCH

No. 239P93

Case below: 110 N.C.App. 490

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 29 July 1993.

HOLLOWAY v. WACHOVIA BANK AND TR. CO.

No. 183A93

Case below: 109 N.C.App. 403

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 29 July 1993 only as to the first issue, intentional infliction of emotional distress. Petition by plaintiffs for writ of certiorari to the North Carolina Court of Appeals denied 29 July 1993.

JEFFERSON-PILOT LIFE INS. CO. v. SPENCER

No. 224PA93

Case below: 110 N.C.App. 194

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 29 July 1993. Cross-petition by defendant for writ of certiorari to the North Carolina Court of Appeals allowed 29 July 1993.

N.C. FARM BUREAU MUTUAL INS. CO. v. WINGLER

No. 237P93

Case below: 110 N.C.App. 397

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 29 July 1993.

RAYMER BROTHERS, INC. v.
CATAWBA AUTO/TRUCK PLAZA, INC.

No. 222P93

Case below: 110 N.C.App. 314

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 29 July 1993.